PROB 12C
(6/16)

Report Date: November 21, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas James Shippentower     Case Number: 0980 1:22CR02005-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 7, 2022

Original Offense:    Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:   Prison - 247 days          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Todd Swensen             Date Supervision Commenced: September 14, 2022

Defense Attorney:     Paul Shelton             Date Supervision Expires: September 13, 2025

## PETITIONING THE COURT

To issue a warrant.

On October 13, 2022, this officer met with Mr. Shippentower and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**:  Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to report to his probation officer as directed on November 3, 2022.<br><br>On October 31, 2022, this officer spoke with Mr. Shippentower after he disclosed consuming alcohol over the weekend.  Mr. Shippentower was scheduled to report to Merit Resource Services (Merit) on November 2, 2022, to engage substance abuse treatment.  Mr. Shippentower was instructed to report to this officer on November 3, 2022.<br><br>On November 3, 2022, Mr. Shippentower failed to report to his probation officer. |

Prob12C
**Re: Shippentower, Thomas James**
**November 21, 2022**
**Page 2**

2 **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by allegedly assaulting L.R. on or about November 2, 2022, per Yakama Nation Police Department report number 22-007521.

Per the aforementioned police report, on November 2, 2022, at approximately 11:33 p.m., an officer was detailed to 305 Mamachat Lane in Wapato, Washington, in reference to a domestic situation. The officer was advised by dispatch that the reporting party was L.R. who was reporting that her husband, Thomas Shippentower, assaulted her and she was hiding in the bathroom.

On or about 11:44 p.m., the officer arrived on the scene along with a Sergeant. The officer knocked at the door and observed a male subject open the door. He asked for L.R. and he was told that she was not there. He explained why he was there, and she had reported she was inside the restroom. The male subject continued to talk to the officers, and he eventually allowed them into the residence.

The officer was not able to locate L.R. within the residence. He was told that she had never lived there; however, had stayed there from time to time. A female resident told the officer where L.R. was staying and the location where they could find her.

The officer had dispatch place a phone call to L.R. He was told she was currently at 312 Donald Road in Wapato, and that she was outside the residence. The officer arrived outside the residence of 312 Donald Road in Wapato, and did not observe L.R. outside the residence. He contacted the apartment and he was told by a resident there that L.R. had walked off.

The Sergeant located L.R. The officer observed she was out with two children. He contacted L.R. (DOB 01-28-1987). As he talked with L.R., she told him that she was assaulted by her husband Thomas Shippentower. The officer asked her several times to explain what had happened.

L.R. eventually explained that they were in the bathroom arguing and that Mr. Shippentower started to punch her. He punched her four times with a closed fist in the face. She later told the officer he had also started to choke her. The officer asked her if she would be willing to write out a voluntary statement on what happened, L.R. told the officer "no," and that she did not want to write anything out.

Medical aid arrived on the scene and checked on L.R.; they determined she did not need further medical treatment. L.R. told the officer she had already talked with the Young Women's Christian Association (YWCA) and that they would take her. She asked if the officer would give her a ride. The officer still gave L.R. a voluntary statement form with the case number and requested L.R. to fill out at a later time. The officer transported her to the YWCA. Once she was dropped off, the officer cleared at or about 12:39 a.m., on November 3, 2022, with no further action taken.

A warrant request is being issued for Mr. Shippentower for domestic violence assault and battery. This incident occurred within the exterior boundaries of the Yakama Nation Reservation.

Prob12C
**Re: Shippentower, Thomas James**
**November 21, 2022**
**Page 3**

As of the date of this petition, Mr. Shippentower has not been apprehended.

3      **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to report a change of address to his probation officer as of November 8, 2022.

On November 8, 2022, this officer received a call from a Sergeant of the Yakama Nation Police Department, and he stated that Mr. Shippentower reported to have changed his address from 60440 U.S. Highway 97, Toppenish, Washington, to Motel 6 in Yakima, Washington, as of this date. Sergeant asked if Mr. Shippentower had reported a change of address to the probation office. This officer let him know that Mr. Shippentower had not reported a change of address.

On November 15, 2022, this officer received a notice from the Yakima County Sheriff's Office stating Mr. Shippentower reported to their office to update his sex offender registration as transient as of November 14, 2022.

On November 18, 2022, this officer attempted to locate Mr. Shippentower at the Motel 6 in Yakima. The motel front desk employee stated a L.R., Mr. Shippentower's girlfriend, was staying in room 207. This officer was unable to make contact with anybody in room 207. This officer has left voicemail messages at the offender's last reported telephone number requesting a return call.

As of the date of this petition, Mr. Shippentower has not reported to the probation office to update his change of address nor has he contacted this officer. His whereabouts are currently unknown.

4      **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by being unsuccessfully discharged from outpatient substance abuse treatment at Merit since November 16, 2022.

On November 16, 2022, Merit reported that Mr. Shippentower was unsuccessfully discharged from services for failure to start intensive outpatient treatment on November 8, 2022. Mr. Shippentower was a no show for his groups on November 8, 9, 10 and 15, 2022.

Prob12C
Re: Shippentower, Thomas James
November 21, 2022
Page 4

    5    **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by consuming alcohol on or about October 29, 2022.

On October 31, 2022, this officer contacted Mr. Shippentower after receiving an anonymous telephone call that Mr. Shippentower had been consuming alcohol. This officer contacted Mr. Shippentower to ask him if he had consumed alcohol over the weekend. Mr. Shippentower stated he relapsed over the weekend and consumed alcohol on October 29, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 21, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/21/2022
Date