PROB 12C
(6/16)

Report Date: April 12, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas James Shippentower                Case Number: 0980 1:22CR02005-SAB-1

Address of Offender:                , Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 7, 2022

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 247 days<br>TSR - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: September 14, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: September 13, 2025 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/21/2022.

On October 13, 2022, this officer met with Mr. Shippentower and reviewed the judgment and sentence, which outlined the conditions of his term of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**:  You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Shippentower is considered to be in violation of his supervised release conditions by failing to register as a sex offender on or about November 21, 2022, and January 8, 2023, per indictment, docket number 1:23CR2021-SAB-1, filed on April 11, 2023.<br><br>Per the indictment filed on April 11, 2023, between on or about November 21, 2022, and January 8, 2023, in the Eastern District of Washington, Mr. Shippentower, a person required to register under the Sex Offender Registration and Notification At, and a sex offender by reason of having been convicted in the United States District Court for the Eastern District of Washington, docket number 2:07CR2074-WFN-1, of Crime on Indian Reservation-Sexual Abuse of a Minor, in violation of 18 U.S.C. §§ 1153, and 2243(a), did knowingly fail to update a registration as required under the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a). |

Prob12C

Re: Shippentower, Thomas James
April 12, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 12, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Signature of Judicial Officer*

4/13/2023

Date